UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

E.C.,

                      Plaintiff,                              **ORDER**

       -against-                                  25 Civ. 4221 (AEK)

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       In accordance with the Standing Order that was docketed in this case on October 14, 2025, *see* ECF No. 16, and the schedule extension order issued on August 18, 2025, *see* ECF No. 15, the schedule for the parties' remaining submissions is automatically adjusted as follows:

       (1)    The Commissioner's brief must be filed by **February 2, 2026**.

       (2)    Plaintiff's reply, if any, must be filed by **February 17, 2026**.

Dated: November 17, 2025
       White Plains, New York

                                          **SO ORDERED.**

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge